```
                                                            FILED
       IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF PENNSYLVANIA              JAN 28 2016

                                                      CLERK U.S. DISTRICT COURT
                                                     WEST. DIST. OF PENNSYLVANIA
UNITED STATES OF AMERICA       )
                               )
       V.                      )        Criminal No. 14-98
                               )
WILLIAM PERRY BAGLEY           )
                               )
```

NOTIFICATION OF DISPARITY IN PUNISHMENT
AND ARTIFICIAL DESIGNATION OF ROBERT HOWARD AND JOHN RAY
AS COOPERATING WITNESSES

AND NOW comes William Perry Bagley, PRO SE, before this Honorable Court, and respectfully files the following information to make this Honorable Court aware of a disparity in government action in relation to the instant matter, whereof the following is a statement:

1. I am scheduled to be sentenced before this Honorable Court on May 2, 2016 for Conspiracy and Manufacturing Counterfiet Currency.

2. The sole purpose of this communication Your Honor is to respectfully ask you to look at the facts surrounding my case, and to sentence me based on evidence of my involement in this matter.

3. This communication is not to argue that I am innocent, because I have willfully pled guilty in agreement that AUSA Shardul Desai will not supercede my indictment to charge me as a felon not to possess amunition and to benifit from acceptance of responsibility points.

4. At my sentencing the government will argue for a enhancement pursant to 3C1.1 of the Guidelines (Willfully Obstructing or Impeding Proceedings) based solely on a fabricate statement by Robert Howard that I threatened him because he is a government witness. My Attorney Michael Moser has subpoenaed FaceBook to obtain a copy of the complete message and entire conversation between Robert Howard and myself on March 22, 2014 which will illustrate an additional link in the long chain on Robert Howards falsity composed relationship with the government. The entire conversation between R.H and myself was solely about Robert telling

my friends and family that I was a governmental witness and informant against him and that I sent the federal authorities to 908 Brookline Blvd Apt #2 and was the reason he was arrested and charged with counterfiet currency.

5. Robert Howard and John Ray were each charged in state court where the penalty is less severe because they gave incriminating statements against me. The United States Secret Service caught both of these people passing counterfiet currency and immediatly made a deal with them that if they provide information on the person manufacturing the counterfiet currency that they will be immediately released and charged in state court.
It should be noted that it appears it never occured to the USSS that either R.H or J.R could have been the manufacturer of the counterfiet notes. It appears the USSS just assumed they were getting the FRN's from a third party.
Eventually Robert Howard told the USSS that the person who makes the counterfiet notes is his sisters boyfriend who lives with her at 908 Brookline Blvd Apt #2 and that he personally witnessed his sisters boyfriend (which is me) manufacture the counterfiet notes the last time he was at his sisters home on June 18, 2013 two days previous. Robert then went on to weave a illustrious deception and fabrication by telling USSS agents that he did not live at 908 Brookline Blvd and actually stayed with his girlfriend and how I forced him to pass the counterfiet notes.

6. Your Honor the government knew before it allowed Robert Howard and John Ray to be prosecuted in state court for allegedly being cooperating witnesses that in actuality they were nothing of the kind. I will quote AUSA Desai to prove this point throughout this communication.
In Document 56 on Page 35 the AUSA states: **"The affiant was not aware that R.H lived at the residence at the time of the search warrant signing. Although R.H provided 908 Brookline Blvd Apt#2 as his address to the O'Hara Twp Police Department, he did not provide this address to the USSS, who were under the impression that R.H lived elsewhere. In fact, R.H told USSS that he last visited 908 Brookline Blvd Apt#2 on June 18 or 19 when he witnessed the defendant manufacturing counterfiet FRN's. Indeed if USSS**



believed R.H resided at the subject residence, it would of sought his consent to search the residence rather than rushing to draft a search warrant late into the night. Unfortunately, USSS only learned later that R.H resided at 908 Brookline Blvd Apt#2."

7. Your Honor, in essence, Robert Howard lied about living at 908 Brookline Blvd Apt #2 to the USSS and was released from police custody in exchange for his statement which was later found to be false, the USSS executed the search warrant at 908 Brookline Blvd Apt#2 and to thier surprise find the only evidence of counterfiet currency located in the property of the person whom claimed he did not even reside at the residence. It seems so perposterous and unjust to me that despite clear and convincing evidence of what transpired, that Robert Howard was given 5 years probation in regards to this matter and I have been incarcerated for 2 years and face additional years in a federal penetentiary plus years of probation in punishment for material located in Robert Howards property.

8. Your Honor the entire picture is ever more preposterous,
(a) Robert Howard was released from prison April 26, 2013.
(b) A week later in May 2013 counterfiet currency begins to circulate.
(c) USSS agents amass a ton of evidence against Robert Howard.
(d) R.H is arrested on June 20, 2013 for passing counterfiet currency with John Ray.
(e) R.H lies to federal agents to secure his release from police custody on June 20, 2013.
(f) USSS agents search 908 Brookline Blvd Apt#2 hours after R.H's statement and located the only evidence of counterfiet currency in the residence in R.H's property. Agents become aware that R.H lied to them.
(g) In July 2013 R.H becomes a fugative from the USSS.
(h) August 28, 2013 R.H fails to appear for his state court date for passing counterfiet currency because he is still a fugative - See Attatchment 1.
(i) October 5, 2013 R.H is apprehended by U.S Marshall's Service and given a $500,000 bail for his actions. - See Attatchment-2.
(j) January 2014 R.H is given a ROR bail and released.

(3)

(k) Sometime later R.H appears at a grand jury hearing and claims that despite the fact he lied about living at 908 Brookline Blvd Apt#2, the only evidence being located with his property at the residence, and him becoming a fugative after securing his freedom with a false statement- that the counterfiet evidence found in his property actually belongs to me.
**This proposition is simply beyond believable,** yet was the foundation of my prosecution.

9. The evidence of record clearly indicates that Robert Howard never cooperated, therefore it is simply perplexing that the AUSA refers to R.H as a cooperating witness and uses this artificial designation for Robert Howard to justify the wide and great disparity in applying the law to each of us.

10. Despite clear proof that R.H immediately failed to uphold his end of the agreement USSS made with him on June 20, 2013, and that he violated the law by providing authorities with fabricate information, somehow the government still designates him as a cooperating witness and allowed him to testify at grand jury proceedings and rewarded him for fabricating with 5 years probation. Why have I been incarcerated for 2 years and am facing years additional incarceration and probation...and R.H only recieved 5 years probation.

11. The question I pose to this Honorable Court is this; What is the difference between me and Robert Howard? that justifies the disparity in the application of the law between us.

12. Your Honor, the situation is exactly the same in regards to John Ray who was an acomplice of Robert Howard, he was also given 5 years probation despite his allegations being known to be false. I will again quote the AUSA to prove that John Ray was know to be providing false information and that the government was indifferent to its falsity and continued to artificially designate John Ray as a cooperating witness despite clear and unequivocal video evidence to the contrary.

13. In Document 56 on Page 8 the AUSA states: "**The USSS explained that if J.R fully cooperated and if his information proved to be useful, the USSS would recomend J.R for state prosecution instead of federal prosecution. J.R explained that from May 9, 2013 to June 20, 2013 he passed counterfiet for the defendant, at CVS in Brookline and other places. J.R last visited 908 Brookline Blvd on June 18, 2013**".
It should be noted that I am scheduled to be sentenced before this Honorable Court in relation to every counterfiet bill J.R passed at CVS in Brookline and other places.
The AUSA has provided me with video evidence which beyond a preponderance of the evidence clearly illustrates that John Ray fabricated his allegations of being in a conspiracy with me and passing counterfiet notes at CVS in Brookline and other places on my behalf. This video which was provided by the government dispells J.R's frivolous notions and shows him passing counterfiet currency with and in conjunction with Robert Jackson at the CVS in Brookline, contrary to J.R's claim that I provided him the counterfiet Frn's. **Robert Jackson** is shown on video with John Ray at CVS in Brookline acting in conjunction and conspiracy with each other passing the same counterfiet notes J.R told USSS agents I provided to him.
Robert Jackson is known to the government to manufacture counterfiet currency of the identical type John Ray and Robert Howard were caught passing, and is known to be in a conspiracy with John Ray. In fact AUSA Desai is prosecuting Robert Jackson for passing the identical type of counterfiet FRN's during the exact time period R.H and J.R were passing counterfiet notes, and is aware John Ray fabricated his statement that he recieved the counterfiet notes he passed at CVS in Brookline from me and on my behalf **because the government has video evidence of J.R at CVS in Brookline in a conspiracy with and passing counterfiet notes with Robert Jackson on the same day he claimed to be operating in a conspiracy with me.** This video is proof of John Rays falsity and of the fact that I will be sentenced before this Honorable Court on May 2, 2016 for counterfiet notes John Ray passed at the CVS in Brookline in consiracy with Robert Jackson, in essence I will

punished for actions John Ray conducted with Robert Jackson and the government is aware of this yet is silent. The CVS video is dated May 9, 2013 and the government knows Robert Jackson was manufacturing counterfiet currency from between May 2013 to January 2014 and have him on video passing notes with john

Ray at the exact time and place John Ray claims to have been passing notes on my behalf. **See Attatchment 3** Robert Jacksons Indictment.

14. The government claims that I forced John Ray and Robert Howard to pass counterfiet notes and that the **only** reason they passed counterfiet was because I **made** them.
Document 39 on Page 23 AUSA Desai states : **"With respect to R.H and J.R, they met each other through the defendant sometime after R.H was released from prison on April 26, 2013. They only knew each other because the defendant made them pass counterfiet FRN's together."**
Your Honor the CVS video clearly illustrates that John Ray was being untruthful when he claimed the counterfiet FRN's he passed at CVS in Brookline and other places was obtained from me, and that I **made** him pass counterfiet currency. It should be noted **that John Ray never mentioned Robert Jackson to the USSS** when he made his deal to fully cooperate, he claimed I was his supplier and that he was passing counterfiet notes on my behalf at CVS and other places which the governments own video shows was a fraudulent statement. The question is why does the government continue to designate the known to be false witnesses as cooperating witnesses, and seek such a harsher punishment for me versus R.H and J.R despite clear and convincing evidence that they never upheld thier agreement with the government.

15. USSS Special Agent Mark Kernan caught R.H, J.R, and CW1 all in a conspiracy with each other passing counterfiet notes, **See Attatchment 4.** The government also has a video from CVS in Brookline linking J.R and Robert Jackson in a conspiracy **(AUSA Desai or my Attorney can provide you with a copy).** There appears to only be no evidence of my involvement in this conspiracy.

**It is also extremely noteworthy** that if this Honorable Court compares Robert Jackson's indictment (Attatchment 3) and my indictment (Attatchment 7) J.R's subterfuge and falsity is conspicuous. According to Robert Jackson's indictment OVERT ACTS (e)...on May 26, 2013 Robert Jackson had a person known as T.M pass $100 counterfiet note to a clerk at the Carrick Beer for Less. And according to my indictment OVERT ACTS (c)...on May 26, 2013 J.R (John Ray) passed a $100 counterfiet note at the Shop N Save in Carrick which is less than one minutes distance from the Carrick Beer for Less where Robert Jacksons conspiracy team was passing counterfiet. This is not a coincedence. Document 39, page 8 illustrates that the Shop N Save in question was also located in Carrick.

In light of the government video that proves John Ray lied when he claimed he was passing counterfiet FRN's at the CVS in Brookline that he recieved from me, and the fact the video shows J.R engaged in a OVERT ACT in futherance of his conspiracy with Robert Jackson (and not me as he claimed)...and the fact J.R on May 26, 2013 passed a counterfiet note less than a minutes distance from where Robert Jacksons team passed a counterfiet note, in conjunction with the fact that the CVS video shows that J.R was also part of Robert Jacksons team and lied by omitting his relationship with him and claiming that the counterfiet FRN's he passed at CVS in Brookline with Robert Jackson were obtained from me... I believe this is a rather clear illustration of J.R's falsity.

It should be noted J.R lied to the grand jury, as did R.H.

There false statements by J.R and R.H were not hidden or concealed, they were and remain observable in plain view.

In light of these unavoidable truths of John Ray's and Robert Howards willful fabrication of facts and the egregious act of causing the government to render action against me because of thier lies, I believe I have shown beyond a preponderance of evidence that it is highly unusual and illogical that they be designated as cooperating witnesses and were rewared for thier falsity with 5 years probation...and I William Bagley have been incarcerated for two years because of the falsity.

16. I would like to be clear that I am not advocating my innocence in violation of my plea agreement, I accept responsibility and I pled guilty, yet my main crime is stupidity for helping my girlfriends brother. Sherita Howard did not want her brother Robert Howard to live with us, yet I pleaded with her to let him come and stay because he needed a address to be released to on April 26, 2013, and also because I've been in jail before and it's not a fun and loving experience, therefore I wanted to help him the way a friend has helped me in the past. The situation is actually the reverse of what Robert Howard claims. R.H used to babysit Sherita's two small children when me and her needed to go out. One day in June me and Sherita came home to find John Ray there with Robert Howard and both of them making counterfiet money on my printer. I became enraged because R.H was doing this in front of the kids and he broke his promise to me to stop breaking the law, and also because he was using the last of the ink in my printer to print fake money. I told Robert he was wrong and cussed him out, and as you can probally imagine all I heard from his sister was her saying "I told you so", and rubbing in the fact I was a fool to think he would do right. **A few days later on June 20, 2013 I was arrested by the USSS for manufacturing counterfiet currency.** And since that day Robert Howard has continued to lie and tell my friends and family that I am a federal informant and that I sent the USSS to 908 Brookline Blvd Apt#2 and that I divulged his location to the U.S Marshall's Service and was responsible for his October 5, 2013 apprehension.

17. The government sought and obtained my detention based on Robert Howards statement that I threatened him because he is a government witness, yet this whole time he has been claiming I am the government witness against him. **The FaceBook messages my Attorney has subpoenaed with the power of this court will prove beyond a doubt yet again that R.H lied and that his false statement caused the government to render official action against me.** My Attorney has informed me he has sent the subpoena to FaceBook about two weeks ago.

⑧

18. I am of the belief that when viewing the historical facts of R.H and J.R's relationship with the government there is no evidence apparant which demonstrates why they deserve the designation of cooperating witnesses. Minus the artificial designation there is no difference between us except they were caught giving false information to federal authorities multiple times.
Wherefore I ask this Honorable Court, why is there such a wide disparity in the way the government is applying the law to me in relation to R.H and J.R.
To my knowledge the governments justification for the unequal treatment was that R.H and J.R were cooperating witnesses. Being as how the historical facts dispell this possibility and actually illuminates thier obstructive behavior, I cannot fathom the reasoning for the great disparity in the laws application and the obvious evil eye which has been turned toward me.

What justifies Robert Howard recieving 5 years probation?
What justifies John Ray recieving 5 years probation?
What justifies me being incarcerated for 2 years and facing additional years incarceration in a violent federal prison plus years of probation, for the same offense as R.H and J.R?
I ask this Honorable Court why is my punishment so much harsher.

19. Your Honor, I believe the fact that the government will not contradict any of my assertions in this document is very significant. Everything I have stated in this document is truthful and unable to be rebutted because the statements are unequivocal facts.

20. **The prosecutor is a representative of the government whose interest in a criminal prosecution is "not to win a case" but "that justice shall be done".** Id. quoting Berger v. United States, 295 U.S. 78. 55 S.ct 629, 79 L.ED 1314 (1935)

I askthis Honorable Court what is just and fair about the facts displayed in this document.

21. Your Honor, I respectfully request that you take these enclosed

(9)

facts into consideration when you sentence me on May 2, 2016. And also that you account for the punishment which I have already endured such as:
(a) Being denied a bail for the past 2 years based on Robert Howards false statement that I threatened him because he is a government witness. And my being unable to enjoy the last year of my nefew's grandmother Marie Perozzi's life on this earth because I was wrongly denied bail based on the governments indifference to Robert Howards untruthfulness. Marie Perozzi was my good friend whom passed away last year from cancer, it truly hurts knowing the only reason I was unable to enjoy her last days with her is because of another false statement by Robert Howard.
(b) The two years I have spent behind these walls knowing my fiance and children are in deep poverty and walking around with holes in thier shoes because I am unable to provide for them. Judge Diamond of it all this is the worst punishment I have ever endured in my life, Knowing that for the past two years my family has been suffering. It hurts like no hurt in the world.

Because the FaceBook message my Attorney has subpoenaed will clearly show that R.H selectively provided the government with 1 of 15 messages to enable his deception and because these messages will clearly show R.H stating that I snitched on him and his counterfiet operation, I also pray you take this evidence into consideration also when it is provided.

As will be shown in my pre-sentence report, after my last serious offense I changed my life. I went to school for computer network engineering and was a honor student and president of the computer club. I have been fixing computers for people for years and staying out of trouble. I actually had just started a small labor company which I was about to incorporate before this incident occured. I'm not perfect, but I learned from my past mistakes which is why I enrolled in school and spend time with my family and friends. I had my own house which I lost upon my incarceration, I had customers for my labor company which I lost, I was getting my life together and me and my family were not beaking any laws

or hurting anyone. I pray you take these facts into consideration.

Your Honor, I understand you have the power to deviate from the guidelines and that they are merely advisory since there is no mandatory minimum in this matter. I ask you to look at the evidence of my conduct as it relates to me, or the lack thereof, and to cast judgement upon me for what I have done wrong, not for what John Ray has done with Robert Jackson, or for what was uncovered in Robert Howards property at 908 Brookline Blvd Apt#2 after he lied about living there, I respectfully ask you to look at my conduct and to pass judgement on me accordingly, please.
I believe it very significant the government will inform you of the role it believes I played in this matter based solely **on what R.H and J.R told them** and nothing else. **I believe it is of the utmpost significance that the government only believes that I was in a conspiracy with R.H and J.R because thats what R.H and J.R told them.** I will be sentenced before this Honorable Court on May 2, 2016 and the government will explain to this Court the role I played in this situation based solely on statements which I have just illustrated are fabricate.

I accept responsibility for my actions, the only thing I dispute is the disparity in punishment between myself and R.H and J.R because there is no legal or logical reason for such disparity in our punishments.
Absent R.H and J.R's artificial designation as cooperating witnesses there is no difference between us. There is no evidence of record that R.H and J.R provided truthful information and as such it is illogical for them to be designated cooperating witnesses. The preponderance of evidence is unequivocal in its illustration of Robert Howards and John Rays lies.

To allow the government to designate co-defendants as cooperating witnesses despite the fact they did not cooperate (and in fact provided false information) for the sole purpose of artificially giving the appearance that similarly situated persons are not similar, would be to effectively provide the government with carte blanche to violate the equal protection clause.

The customary practice of voiding cooperation agreements upon breach by the defendant is very rarely not followed. Yet we see in a case regarding the present matter in which R.H and J.R were never truthful and constantly omitted and fabricated information that the government has fully upheld both agreements. It is completely unusual and suspect that thier agreements were not voided and that thier false statements were the only actions the AUSA explained I was guilty of at my guilty plea hearing on January 7, 2016, and that those same statements will be used by the government to explain my role in this matter.

**Casso argues that his violation of the cooperation agreement was less severe than violations committed by other cooperators who had not had thier agreements voided. Given the FACT SENITIVE NATURE OF WITNESS COOPERATION and the subjective character of the governments decisions, we will decline to order the court to embark on a comparison. Government had substantial basis to void the agreement.** 1999 U.S. APP. LEXIS 8399 United States v. Gigante, April 28, 1999.

Witness cooperation is **fact-sensitive** and when prosecutors ignore witness falsity and continue to prosecute American citizens with known to be false information, a grave miscarriage of justice has occured. This indifference to witness falsity is why so many innocent men and woman are exonerated years and years after thier convictions with the help of DNA evidence and new forensic tools. It is sad, unjust, preposterous, and contrary to every principle our judicial is founded upon that R.H and J.R are free and were rewarded with a light sentence of 5 years probation for providing false information.

The government is not entirely unconstrained in it's choice of whom it will prosecute. As long ago as Yick Wo v. Hopkins, 118 U.S. 356, 65, Ct. 1064 30 L.ED 220 (1886), Justice Mathews wrote for the Supreme Court that "if (a law) is applied and administered by public authority with an evil eye and an unequal hand, so as to practically make unjust and illegal discriminations between

persons in similar circumstances, material to thier rights, the denial of equal justice is still within the prohibition of the constitution." Id. at 373-74, 6 Ct. at 1073.

On June 21, 2013 the day after USSS executed a search warrant at 908 Brookline Blvd Apt#2, USSS agents came to the Allegheny County Jail to interview me. They asked me who did the counterfiet material they found in the hallway by the front door with Robert Howards property belong to, and I told them it belonged to the guy who's property they found it in, and I refused to elaborate and provide information to incriminate Robert Howard. The USSS told me if I do not start talking and answer thier questions I will be subject to federal prosecution, I naturally figured that they found it in his property so they don't need me to incriminate R.H any more (he was caught red handed), therefore I envoked my right to remain silent. Low and behold to my amazement the USSS was serious and ended up charging me with the counterfiet material they found in Robert Howards property and every counterfiet note that he passed.
My Attorney has demonstrated that USSS Special Agent Kernan invented CW1's statements against me and that he purposefully omitted that CW1, R.H and J.R are a group of friends whom pass counterfiet currency together, **See Attatchment 4.**
CW1's entire statement which was shown to be invented by Agent Kernan is simply **impossible to be true** because Sherita Howard and Ashley Payne did not live at the locations described at the times specified. I personally lived with both women at both locations therefore I have personal knowledge.
CW1 claims between August 2011 and May 2012 **that he personally witnessed and assisted me manufacture counterfiet currency at** two places:

1. Ashley Paynes residence located at 217 Locust st.
2. Sherita Howards residence located at 908 Brookline Blvd.

CW1's claim is utterly impossible because of two easily researched facts:



**1.** Ashley Payne did not live at 217 Locust Street in the years 2011 or 2012 as CW1 claims. Ashley moved to 217 Locust Street in **January 2013,** 17 months after CW1 claims to have been there with me counterfieting currency.

**2.** Sherita Howard did not live at 908 Brookline Blvd in the year 2011 as CW1 claims. Me and Sherita moved to 908 Brookline in **January 2012,** 5 months after CW1 claims to have been there with me counterfieting currency.

I mention these undisputable facts because the government has consistently claimed that CW1 corroberated both R.H and J.R's information, even after I have proven Agent Kernan invented it and knew CW1 was not independent of R.H and J.R.
Once it becomes apparant that CW1 was caught by the USSS passing counterfiet with R.H and J.R and that by the governments own admission in pretrial documents that **CW1 never mentioned R.H or J.R and they never mentioned CW1,** in addition to CW1's statement being **impossible to be true,** it becomes apparant just how deep and devious R.H and J.R's decption truly was.

Attatched is a **Affidavit sworn to under penalty of perjury** that I dated and lived with both Sherita Howard and Ashley Payne in the years 2011 and 2012 and that THEY DID NOT RESIDE at the locations CW1 claimed which illustrates those statements are impossible to be true. **I urge the government to atlast scrutinize the information CW1 provided (allegedly) and to investigate my allegation** that CW1's entire statement is false just like Robert Howards and JOhn Rays. It will become apparant why I believe the government has been indifferent to the grave miscarriage of justice being perpetrated, because once the government finally investigates instead of simply taking mendacious informants at thier words it will realize that every page in both of thier responses to my suppression motions (Documents 39 and 56) are completely fraudulent and fabricated.

Our Supreme Court has stated, Perjured testimony is "at War WITH JUSTICE BECAUSE IT CAN CAUSE A COURT TO RENDER JUDGEMENT



NOT RESTING ON THE TRUTH". Perjury undermines the function and province of the law and threatens the integrity of judgements that are the basis of the legal system. Unlike speech in other contexts, testimony under oath has the formaility and gravity necessary to remind the witness that **his or her statements will be the basis for official governmental action, action that often affects the liberties and rights of OTHERS.**

The AUSA has before stated that I can test the truthfulness of the informants at trial. **Why do I have to test the truthfulness of the informants when the AUSA already knows that they fabricated thier statements?**
I ask that the AUSA to charge me with perjury if any accusation in this document I am filing is false, or if Attatchments 5 or 6 are false.
Robert Howard, John Ray, and CW1 provided the government with false information, yet R.H and J.R have been sentenced to 5 years probation and CW1 has not been charged at all...and I have been incarcerated for two years and face additional time in a violent federal penetentary plus years of probation for the exact same offense, I respectfully ask this Honorable Court...Why?

The federal statute prohibiting false statements to government officials punishes whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the government makes any materially false, fictitious, or fraudulent statement or representation. 18 U.S.C.S 1001. **It appears R.H, J.R, and CW1 in addition to Agent Kernan are immune to this Statute.** I respectfully ask this Honorable Court Why.

Your Hornorable Judge Gustave Diamond, my mother in law is terminally ill, she is constantly in the hospital and ill, sadly I feel that she may pass away soon. I have been incarcerated for two years and I am surprised she has held in there this long. I ask this Court, to look at the facts which I have presented in this document, to look at the great and wide disparity in punishment between myself and R.H and J.R for the exact same violations

of the law. I ask you to look at the facts, not any speculation. I am not speculating in this document, I am quoting facts which reveal an illogical disparity in punishment between myself and Robert Howard and John Ray.

I respectfully ask of this Court of Law to look at the historical facts which are the basis of R.H and J.R's relationships with the government, and to allow an evidentiary hearing before my date of sentenceing to discover if there is in fact some basis for the wide and great disparity of punishment and application of the law regarding the instant matter.

If this Honorable Court finds that there is no legal or logical reason for the unequal application of the law in the instant matter then I would respectfully request with a humble heart that I also be given 5 years probation or at the very least this Honorable Court consider the fact I have been incarcerated for two years already and sentence me to a term of 24 months time served and a period of probation.

RESPECTFULLY SUBMITTED
ON THIS 18TH DAY OF JANUARY 2016
BY WILLIAM PERRY BAGLEY

*William Bagley*

(16)