IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | CASE NO.: 14-00098 |
| VS. | ) | |
| | ) | |
| WILLIAM PERRY BAGLEY | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## MOTION FOR ORDER TO COMPEL FACEBOOK TO FORWARD TO ATTORNEY FOR WILLIAM PERRY BAGLEY DOCUMENTS PREVIOUSLY REQUESTED IN SUBPOENAS

AND NOW COMES the Defendant, William Perry Bagley, by his attorney, Stephen Israel, Esquire, and respectfully moves your Honorable Court as follows:

1. On or about January 5, 2016, R.J. Getner & Associates, an investigator appointed by the court, forwarded two (2) cover letters and three (3) subpoenas to Facebook, with a request for certain information.

2. Rather than supplying the requested information, Facebook forwarded three (3) letters dated January 6, 2016, that basically did not comply with the subpoena.

3. A copy of the two (2) cover letters, all three (3) subpoenas and Facebook's response letters are attached hereto, made a part of this motion and incorporated by reference.

4. Mr. Bagley strongly believes that the requested information will prove essential to his preparation and presentation of his position for the upcoming sentencing hearing.

Wherefore, it is hereby requested that your Honorable Court order Facebook to forthwith comply with the subpoenas within and that information and documentation be forwarded to Attorney Stephen Israel, counsel for William Perry Bagley.

    Respectfully submitted,

    S/Stephen Israel
    Stephen Israel, Esquire
    Counsel to Defendant
    PA ID: 10498
    429 Forbes Ave., Ste. 711
    Pittsburgh, PA 15219
    Phone: (412)391-5444
    Fax: (412)391-1605
    Email: ispeclaw@fyi.net