# R. J. Getner & Associates

**Investigative & Information Research Specialists**

Civil Investigations
Criminal Defense
Service of Process

339 Horning Road, Bethel Park, Pennsylvania 15102-3027
Telephone: 412 833 2425   Cell: 412 370 2420   FAX: 412 833 2420   Email: Ron.RJGAssoc@verizon.net

January 5, 2016
File ID: Moser-Bagley

Facebook, Inc.
Attention: Facebook LE Response Team
1601 Willow Road
Menlo Park CA 94025

*Regarding: US vs. William Bagley (2:14-cr-98-GD)*

Dear Records Custodian:

Enclosed, please find the following documents with respect to the above-captioned matter:

1. Federal Criminal Subpoena Duces Tecum for William Bagley
2. Federal Criminal Subpoena Duces Tecum for Robert Howard
3. Federal Criminal Subpoena Duces Tecum for Leeanne Howard, a/k/a Leanne Malesky.

I have been appointed by the Federal Court as the investigator for the above captioned criminal matter. The subpoena compels you to provide ALL requested records in person to the Court on January 25, 2016. However, should you wish to mail the documents to my office or to the Office of Attorney Michael Moser at the address on the subpoena prior to that date this will be acceptable to the Court. Should you have any questions about the requested materials please do not hesitate to contact my office.

Yours very truly,

R. J. Getner

RJG:st
Enclosures